AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED
HARRISBURG, PA

JUL 22 2022

PER _____
DEPUTY CLERK

Pedro Nunez
*Petitioner*

v.                    Case No. _____
                              *(Supplied by Clerk of Court)*

Warden J. Sage
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: Pedro Nunez
   (b) Other names you have used: _____

2. Place of confinement:
   (a) Name of institution: FCI Schuylkill
   (b) Address: PO BOX 759, Minersville, PA 17954

   (c) Your identification number: 67682-050

3. Are you currently being held on orders by:
   ☒ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: U.S. District Court, District of New Jersey
   (b) Docket number of criminal case: 2:18-CR-00097-KM-1
   (c) Date of sentencing: 6-27-2018
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☒ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Federal Bureau of Prisons

   (b) Docket number, case number, or opinion number: 997205-A1 / Second Case Unknown

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   DHO proceedings that violated BOP-Policy - And my Due process rights

   (d) Date of the decision or action: 1-30-2020  other dates unknown

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes       ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: BOP regional office

   (2) Date of filing: Unknown
   (3) Docket number, case number, or opinion number: Same
   (4) Result: Denied
   (5) Date of result: Unknown
   (6) Issues raised: Violations of my rights

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☒ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Central office - BOP

   (2) Date of filing: Unknown
   (3) Docket number, case number, or opinion number: Same
   (4) Result: Denied
   (5) Date of result: Unknown
   (6) Issues raised: Violation of my rights

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes          ☒ No
                                            NA
   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____
   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

N/A

(b) If you answered "No," explain why you did not file a third appeal:

N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes          ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

    ☐ Yes          ☐ No

    If "Yes," provide:

    (1) Name of court:

    (2) Case number:

    (3) Date of filing:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

    ☐ Yes          ☐ No          N/A

    If "Yes," provide:

    (1) Name of court:

    (2) Case number:

    (3) Date of filing:

    (4) Result:

    (5) Date of result:

    (6) Issues raised:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

NA

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: NA

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?

☐ Yes      ☐ No         NA

If "Yes," provide:

(a) Date you were taken into immigration custody: _____
(b) Date of the removal or reinstatement order: _____
(c) Did you file an appeal with the Board of Immigration Appeals?
   ☐ Yes      ☐ No
   If "Yes," provide:
   (1) Date of filing: _____
   (2) Case number: _____
   (3) Result: _____
   (4) Date of result: _____
   (5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
   ☐ Yes      ☐ No
   If "Yes," provide:
   (1) Name of court: _____
   (2) Date of filing: _____
   (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result: NA
    (5) Date of result:
    (6) Issues raised:

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☐ No

    If "Yes," provide:      NA

    (a) Kind of petition, motion, or application:
    (b) Name of the authority, agency, or court:

    (c) Date of filing:
    (d) Docket number, case number, or opinion number:
    (e) Result:
    (f) Date of result:
    (g) Issues raised:

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** Violation of my Due Process Rights

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See Supporting Memorandum

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes         ☐ No

**GROUND TWO:** BOP violated it's own Policy's IN Violation of the Accardi Doctrine

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

See Attached Memo.

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes         ☐ No

**GROUND THREE:** NA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes  NA     ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** NA

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes            ☐ No            NA

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: Issue was raised - under liberal construction and now clarified in this petition.

**Request for Relief**

15. State exactly what you want the court to do: Vacate the 3 convictions, Restore GCT, and expunge all records from inmates central file, recalculate my custody classification.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

July 17th 2022

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: July 12th 2022

X _____
Signature of Petitioner

_____
Signature of Attorney or other authorized person, if any

Pedro Nuñez #67682-050
Federal Correctional Institution Schuylkill
P.O. Box 759
Minersville, PA 17954-0759

(Legal M

RECEIVED
HARRISBURG, PA
JUL 22 2022
PER _____
DEPUTY CLERK

Clerk of the Court
U.S District Court
228 Walnut St
P.O Box 983
Harrisburg PA 17108