IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PEDRO NUNEZ,** | : CIVIL ACTION NO. 1:22-CV-1135 |
| Petitioner | : (Judge Conner) |
| v. | : |
| **WARDEN J. SAGE,** | : |
| Respondent | : |

## ORDER

AND NOW, this 28th day of April, 2023, upon consideration of the petition (Doc. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The petition (Doc. 1) for writ of habeas corpus is DISMISSED without prejudice to the extent it seeks relief with respect to Incident Reports 3207709 or 3292188.

2. The petition is DENIED with prejudice to the extent it seeks relief with respect to Incident Report 3303979.

3. The Clerk of Court is directed to CLOSE this case.

/S/ C<span style="font-variant:small-caps">hristopher</span> C. C<span style="font-variant:small-caps">onner</span>
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania